USDC SCAN INDEX SHEET










AXR    5/11/05    8:54

3:04-CV-02037    SEC V. LEARN WATERHOUSE INC

*183*

*NTCF.*

Case 3:04-cv-02037-W-DHB   Document 183   Filed 05/10/05   PageID.3710   Page 2 of 5

ORIGINAL

FILED

05 MAY 10 PM 4:02

DEPUTY

| | |
|---|---|
| 1 | MICHAEL A. PIAZZA, Cal. Bar No. 235881 |
| 2 | DAVID S. BROWN, Cal. Bar No. 134569 |
|   | CAROL LALLY, Cal. Bar No. 226392 |
| 3 | Attorneys for Plaintiff |
| 4 | Securities and Exchange Commission |
|   | Randall R. Lee, Regional Director |
| 5 | Briane Nelson Mitchell, Associate Regional Director |
|   | 5670 Wilshire Boulevard, 11th Floor |
| 6 | Los Angeles, California 90036 |
|   | Telephone: (323) 965-3998 |
| 7 | Facsimile: (323) 965-3908 |

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

/ BY FAX

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 04 CV 2037 W (LSP) |
| Plaintiff, | **AMENDED NOTICE OF APPEAL FROM A LIMITED PORTION OF THE MAGISTRATE JUDGE'S APRIL 19, 2005 ORDER** |
| vs. | |
| LEARN WATERHOUSE, INC.; RANDALL T. TREADWELL; RICK D. SLUDER; LARRY C. SATURDAY; and ARNULFO M. ACOSTA, | Hearing<br>Date: June 6, 2005<br>Time: 10:30 a.m.<br>Place: Courtroom of the Honorable Thomas J. Whelan (Courtroom 7) |
| Defendants. | NO ORAL ARGUMENT REQUESTED |

Plaintiff Securities and Exchange Commission (the "Commission") files this amended notice of appeal from a limited portion of the April 19, 2005 order of the Honorable Magistrate Judge Leo S. Papas to reflect the correct date of the hearing in the caption of the notice as June 6, 2005 at 10:30 a.m. before the Honorable Thomas J. Whelan in Courtroom 7 of the United States District Court for the Southern District of California, located at 940 Front Street, San Diego, California 92101. The hearing date was stated correctly in the caption of the supporting memorandum of points and authorities, but not in the captions of the notice of

183

04 CV 2037 W (LSP)

1 | appeal or the supporting notice of lodgment. The last day to file and serve any
2 | opposition to the appeal is May 23, 2005.
3 |
4 |
5 | DATED: May 10, 2005
6 |
                                                  /s/ Carol Lally

David S. Brown
Carol Lally
Attorneys for Plaintiff
Securities and Exchange Commission

## PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X]   U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On May 10, 2005, I served the document entitled **AMENDED NOTICE OF APPEAL FROM A LIMITED PORTION OF THE MAGISTRATE JUDGE'S APRIL 19, 2005 ORDER** upon the parties to this action addressed as stated on the attached service list:

[X]   **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ]   **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ]   **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ]   **HAND DELIVERY:** I caused to be hand delivered such envelope/document to each addressee on the attached service list.

[ ]   **FEDERAL EXPRESS BY AGREEMENT OF ALL PARTIES:** By placing in sealed envelope(s) designated by Federal Express with delivery fees paid or provided for, which I deposited in a facility regularly maintained by Federal Express or delivered to a Federal Express courier, at Los Angeles, California.

[ ]   **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[ ]   **FAX (BY AGREEMENT ONLY):** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

[X]   **(Federal)** I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made. I declare under penalty of perjury that the foregoing is true and correct.

Date: May 10, 2005                            _Magnolia M. Marcelo_
                                              MAGNOLIA M. MARCELO

**SEC v. LEARN WATERHOUSE, INC., et al.**
United States District Court – Southern District of California
Case No. 04 CV 2037 W (LSP)
(LA-2894)

SERVICE LIST

Joel Androphy, Esq.
Berg & Androphy
3704 Travis Street
Houston, TX 77002-9550
Facsimile: (713) 529-3785
*Attorney for Defendant Randall T. Treadwell*

Edward Patrick Swan, Esq.
Clarice A. Estrada, Esq.
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, CA 92101-3372
Facsimile: (619) 645-5321
*Attorneys for Defendants Rick D. Sluder and Larry C. Saturday*

Franklin I. Ogele, Esq.
17 Roosevelt Drive
Hillside, NJ 07205
Facsimile: (845) 634-8611
*Attorney for Defendant Arnulfo M. Acosta*

Chijioke Ikonte, Esq.
Law Offices of Chijioke Ikonte
3540 Wilshire Boulevard, Suite 850
Los Angeles, CA 90010
Facsimile: (213) 387-0969
*Attorney for Defendant Arnulfo M. Acosta*

Thomas F. Lennon
7777 Alvarado Road, Suite 712
La Mesa, CA 91941
Facsimile: (619) 465-9288
*Court Appointed Receiver*

David L. Osias, Esq.
Allen, Matkins, Leck, Gamble & Mallory LLP
501 W. Broadway, Suite 900
San Diego, CA 92101
Facsimile: (619) 233-1158
*Attorney for Court Appointed Receiver Thomas F. Lennon*