UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>LEARN WATERHOUSE, INC., RANDALL T. TREADWELL, RICK D. SLUDER, LARRY C. SATURDAY, and ARNULFO M. ACOSTA,<br><br>　　　　　　　Defendants. | Case No. 04-CV-2037 W (LSP)<br><br>**ORDER APPROVING SETTLEMENT WITH CASH CARDS INTERNATIONAL, LLC, AND STEVEN RENNER** |

Having considered the motion of Thomas F. Lennon ("Receiver"), permanent receiver for Learn Waterhouse, Inc., its subsidiaries and affiliates ("LWI"), for an order approving the settlement between the Receiver, on the one hand, and Cash Card International, LLC ("Cash Cards"), and Steven Renner, on the other, and all papers submitted in support thereof; finding that interested parties and all Defendants were served with the Motion; finding that notwithstanding such service, no opposition, request for extension of time to file an opposition, or other response to the Motion was timely filed, and thus the Motion is unopposed; having considered the factors identified

by <u>In re Woodson</u>, 839 F.2d 610, 620 (9th Cir. 1988), and good cause appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOW:**

1. The Motion is granted.
2. The settlement agreement between the Receiver, on the one hand, and Cash Cards and Steven Renner, on the other, which is attached to the Receiver's declaration as Exhibit A, is approved.

**IT IS SO ORDERED.**

DATED: March 5, 2007

_____
Hon. Thomas J. Whelan
United States District Judge