# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>LEARN WATERHOUSE, INC., et al.<br><br>Defendants. | CASE NO. 04-CV-2037 W (LSP)<br><br>**ORDER APPROVING TENTH INTERIM REPORT OF PERMANENT RECEIVER THOMAS F. LENNON** |

The Court having considered the Tenth Interim Report of Permanent Receiver, Thomas F. Lennon, for Learn Waterhouse, Inc., hereby orders as follows:

1. The Receiver's Tenth Interim Report is hereby approved.

2. The receivership shall continue pursuant to the Preliminary Injunction Order and any supplemental orders issued by the Court.

3. The Receiver shall file another report to update the Court and parties in interest in approximately 90 days.

**IT IS SO ORDERED.**

DATED: October 30, 2007

_____
Hon. Thomas J. Whelan
United States District Judge