# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  v.<br><br>LEARN WATERHOUSE, INC., RANDALL T. TREADWELL, RICK D. SLUDER, LARRY C. SATURDAY, and ARNULFO M. ACOSTA,<br><br>  Defendants. | CASE NO. 04-CV-2037 W (LSP)<br><br>**ORDER APPROVING (1) SETTLEMENT WITH SOUTHWESTERN BELL YELLOW PAGES AND (2) DISTRIBUTION OF PROCEEDS OF SALE OF REAL AND PERSONAL PROPERTY OF DEFENDANT ARNULFO M. ACOSTA** |

Having considered the motion of Thomas F. Lennon ("Receiver"), permanent receiver for Learn Waterhouse, Inc., its subsidiaries and affiliates ("LWI"), for an order approving (1) the settlement between the Receiver and Southwestern Bell Yellow Pages, Inc. ("SBYP"), and (2) distribution of proceeds of sale of real and personal property of Defendant Arnulfo M. Acosta (the "Motion"), and all papers submitted in support thereof; finding that all Defendants were served with the Motion including, without limitation, Defendant Arnulfo M. Acosta; finding that notwithstanding such service, no opposition, request for extension of time to file an opposition, or other response to

the Motion was timely filed, and thus the Motion is unopposed; and being fully advised in the premises and good cause appearing therefor:

**IT IS HEREBY ORDERED AS FOLLOW:**

1. The Motion (Doc. No. 480) is granted;
2. The settlement agreement between the Receiver and SBYP, which is attached to the Receiver's Memorandum of Points and Authorities (Doc. No. 480-2) as Exhibit B, is approved;
3. The following proposed distribution of proceeds from the sale of Defendant Acosta's Property and Equipment is approved: SBYP, $120,000.00; LWI Receivership Estate, $48,002.96; Internal Revenue Service, $188,997.04; and
4. All liens on the sale proceeds are discharged.

**IT IS SO ORDERED.**

DATED:  March 25, 2008

_____
Hon. Thomas J. Whelan
United States District Judge