# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LEARN WATERHOUSE, INC., et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. 04-CV-2037 W (CAB)<br><br>**ORDER GRANTING EX PARTE APPLICATION TO APPROVE FORM OF AGREEMENT AS TO FINAL DETERMINATION OF TAX LIABILITY [DOC. 697]** |

　　　　Pending before the Court is Stephen J. Donell's, successor receiver for Learn Waterhouse, Inc., its subsidiaries and affiliates ("LWI"), ex parte application to approve a form agreement as to final determination of tax liability. The form agreement is attached to the application as Exhibit A (the "Agreement" [Doc. 697-1]. The ex parte application is unopposed.

　　　　Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the ex parte application [Doc. 697], and **ORDERS** as follows:

　　　　1.　　The general terms of the Agreement are **APPROVED**.

　　　　2.　　The Receiver is **AUTHORIZED** to submit the Agreement to the IRS.

　　　　3.　　The Receiver is **AUTHORIZED** to execute the Agreement, or a revised

1  version of the Agreement, provided that the total tax liability for the years
2  ending 2011, 2012, and 2013 is $0.
3      4.    The Receiver is **AUTHORIZED** to execute any and all other documents
4  that may be requested or required by the IRS in order to consummate the
5  Agreement.
6      **IT IS SO ORDERED.**

8  DATED: July 18, 2014

                                                                    Hon. Thomas J. Whelan
                                                                    United States District Judge